IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LYNDON JONES | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION |
| ALLSTATE INSURANCE | § | NO. 4:17-CV-00910-O |
| COMPANY | § | |
| | § | |
| Defendant. | § | |

## JOINT STATUS REPORT

TO THE HONORABLE JUDGE:

Pursuant to the Court's July 18, 2019 Order to Submit Joint Status Report [Doc. #21], Plaintiff Lyndon Jones ("Plaintiff") and Defendant Allstate Insurance Company ("Defendant"), (collectively, the "Parties") and respectfully report as follows:

The appraisal process is currently ongoing in this matter. Ray Choate was retained to represent Plaintiff and Justin Whedbee was retained to represent the Defendant during the appraisal process. Additionally, the Parties agreed to name Chris Cleveland as the umpire. Justin Whedbee inspected the property on April 2, 2019. The inspection was delayed multiple times because of weather. However, Ray Choate refused to attend the inspection. Nor has he provided any numbers to Justin Whedbee. The dispute is going to the umpire. We anticipate appraisal to be concluded within the next 90 days.

Respectfully submitted,

/s/ Eric B. Dick*
Eric B. Dick
State Bar No. 24064316
eric@dicklawfirm.com
DICK LAW FIRM, PLLC
3701 Brookswoods Drive
Houston, Texas 77092
Telephone: (832) 207-2007
Facsimile: (713) 893-6931

Stephen Le Brocq
State Bar No. 24094791
stephen@lebrocqlawgroup.com
LE BROCQ LAW FIRM PLLC
2150 North Josey Ln, Suite 227
Carrollton, Texas 75006
Telephone: (469) 930-4385
Facsimile: (866) 820-6005

**ATTORNEY FOR PLAINTIFF**
**LYNDON JONES**
* Signed with permission

/s/ Daniel P. Buechler
Daniel P. Buechler
State Bar No. 24047756
dbuechler@thompsoncoe.com
Matthew J. Kolodoski
State Bar No. 24081963
mkolodoski@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT**
**ALLSTATE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that on July 22, 2019, a true and correct copy of the foregoing was delivered to all counsel of record by electronic service:

Eric B. Dick
Dick Law Firm, PLLC
3701 Brookswoods Drive
Houston, Texas 77092

Stephen Le Brocq
Le Brocq Law Firm PLLC
2150 North Josey Ln, Suite 227
Carrollton, Texas 75006
*Counsel for Plaintiff*

/s/ Matthew J. Kolodoski
Matthew J. Kolodoski